# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: CIRCUIT CITY STORES, INC., et al.,<br>Debtors. | Case No. 08-35653-KRH<br>Chapter 11<br>(Jointly Administered) |
| ALFRED H. SIEGEL, Trustee of the<br>Circuit City Stores, Inc. Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES TRUSTEE PROGRAM, et al.,<br><br>Defendants. | Adv. Pro. No. 19-03091-KRH |
| ALFRED H. SIEGEL, Trustee of the<br>Circuit City Stores, Inc. Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>JOHN P. FITZGERALD, Acting United States<br>Trustee for Region Four,<br><br>Defendant. | Adv. Pro. No. 19-03060-KRH |

## ORDER CONSOLIDATING ADVERSARY PROCEEDINGS

In the interest of judicial economy, it is hereby **ORDERED** that the above-captioned adversary proceedings shall be **CONSOLIDATED**. All filings shall be made only in *Siegel v. United States Trustee Program*, Adv. Pro. No. 19-03091-KRH.

Dated: September 12, 2022

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Sept 12 2022