Richard. M. Pachulski, Esq.
Andrew W. Caine, Esq.
Jeffrey N. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910

Robert J. Feinstein, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7710

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300

Daniel L. Geyser, Esq.
HAYNES AND BOONE, LLP
2323 Victory Avenue, Ste. 700
Dallas, Texas 75219
Telephone: (303) 382-6219

*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: CIRCUIT CITY STORES, INC., *et al.*, <br>           Debtors. | ) Case No. 08-35653 (KRH) <br> ) Chapter 11 <br> ) (Jointly Administered) |
| ALFRED H. SIEGEL, TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST <br>           Plaintiff, <br> v. <br> UNITED STATES TRUSTEE PROGRAM, et al. <br>           Defendants. | ) <br> ) <br> ) <br> ) Adv. Pro. No. 19-03091 <br> ) (Consolidated Adv. Proceedings) |

**STIPULATION AND ORDER**

Alfred H. Siegel, as Trustee (the "**Trustee**") of the Circuit City Stores, Inc. Liquidating

Trust (the "**Trust**") created under the *Modified Second Amended Joint Plan of Liquidation of*

1

*Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Unsecured Creditors Holding General Unsecured Claims*, *In re Circuit City Stores, Inc.*, Case No. 08-35653 (Bankr. E.D. Va. Aug. 9, 2010), ECF No. 8252, Exhibit A, solely in his capacity as Trustee, and not in any individual or other capacity, and John P. Fitzgerald, Acting United States Trustee for Region 4 on behalf of himself and all named Defendants herein (the "**Defendants**" and together with the Trustee, the "**Parties**"), by their respective counsel, hereby stipulate as follows:

WHEREAS, on August 31, 2022, the Court entered a Scheduling Order (ECF 41) [1] addressing deadlines relating to the filing of an Answer and Motion to Dismiss and further scheduling a continued pre-trial conference and hearing on the Motion to Dismiss on November 1, 2022 at 11:00 AM (the "**Hearing**"); and

WHEREAS, the Parties have consented to a brief continuance of the Hearing due to COVID-19 diagnoses;

IT IS HEREBY STIPULATED, ORDERED ADJUDGED AND DECREED THAT:

1. The Hearing will be continued.

2. The Court will conduct a continued pre-trial conference and hearing on the Motion to Dismiss on **November 15, 2022 at 10:00 A.M** (Eastern)(the "**Continued Hearing**"). In accordance with Richmond General Order 22-2, the Continued Hearing shall be conducted both in-person and by Zoom for Government. Persons wishing to appear at the Hearing may participate by either, at their option, appearing in person at Judge Huennekens' Courtroom, 701 E. Broad St., Courtroom 5000, Richmond, Virginia, or registering in advance at:

---

[1] Capitalized terms not otherwise defined have the meanings given them in the Scheduling Order.

Zoom registration link:
https://www.zoomgov.com/meeting/register/vJIsfuqqqT8iEzy2jQbIeZiIyhpRrLJ1J-k

    Listen-only conference line:
    Dial: 1-866-590-5055
    Access Code: 4377075
    Security Code: 111522

    3.    All Parties should govern themselves accordingly.

Entered:
    Richmond, Virginia

                                    KEVIN R. HUENNEKENS
                                    UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ *Lynn L. Tavenner*

| | |
|---|---|
| Lynn L. Tavenner (VA Bar No. 30083) | Richard M. Pachulski |
| Paula S. Beran (VA Bar No. 34679) | Andrew W. Caine (admitted *pro hac vice*) |
| Tavenner & Beran, PLC | Jeffrey N. Pomerantz, Esq |
| 20 North Eighth Street, 2nd Floor | Pachulski Stang Ziehl & Jones LLP |
| Richmond, Virginia 23219 | 10100 Santa Monica Blvd., 13th Floor |
| Telephone: 804-783-8300 | Los Angeles, California 90067-4100 |
| | Telephone: 310-277-6910 |
| | |
| Robert J. Feinstein, Esq. | Daniel L. Geyser, Esq. |
| PACHULSKI STANG ZIEHL & JONES LLP | HAYNES AND BOONE, LLP |
| 780 Third Avenue, 34th Floor | 2323 Victory Avenue, Ste. 700 |
| New York, New York 10017 | Dallas, Texas 75219 |
| Telephone: (212) 561-7710 | Telephone: (303) 382-6219 |

    *Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

/s/ *Shannon F. Pecoroaro*  (Permission to affix signature received via email dated 10/28/22)
Kathryn R. Montgomery (Va. Bar No. 42380)
Shannon F. Pecoraro (Va. Bar No. 46864)
Department of Justice
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Tel: (804) 771-2310

Ramona D. Elliott, Deputy Director/General Counsel
P. Matthew Sutko, Associate General Counsel
Beth A. Levene, Trial Attorney
Department of Justice
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, DC 20530
Tel: (202) 307-1399

*Counsel to Defendants*

# CERTIFICATION

I hereby certify that the foregoing proposed Stipulation and Order has been either served on or endorsed by all necessary parties.

/s/ Lynn L. Tavenner
Counsel

Service Copy to:
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300

Kathryn R. Montgomery (Va. Bar No. 42380)
Shannon F. Pecoraro (Va. Bar No. 46864)
Department of Justice
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219