**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| **In re: CIRCUIT CITY STORES, INC., et al.,**<br>Debtors. | Case No. 08-35653-KRH<br>Chapter 11<br>(Jointly Administered) |
| **ALFRED H. SIEGEL**, Trustee of the<br>Circuit City Stores, Inc. Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES TRUSTEE PROGRAM, et al.,**<br><br>Defendants. | Adv. Pro. No. 19-03091-KRH |

**ORDER**

On January 18, 2023, the Court conducted a continued pre-trial conference (the "Pre-Trial Conference") in this adversary proceeding. For the reasons stated at the Pre-Trial Conference, it is **ORDERED, ADJUDGED, AND DECREED THAT:**

The Pre-Trial Conference is **CONTINUED** to **February 8, 2023, at 1:00 p.m.** The Pre-Trial Conference shall be conducted **both** in-person and by Zoom for Government. Persons wishing to appear at the Hearing may participate by either, at their option, appearing in person at Judge Huennekens' Courtroom, 701 E. Broad St., Courtroom 5000, Richmond, Virginia, or registering in advance at:

https://www.zoomgov.com/meeting/register/vJItde2tpj8oGxmyh-vpNdt-OyQcuRSnDTg

Dated:  January 19, 2023

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: January 19, 2023

**Copies to:**

**Kathryn R. Montgomery**
Office of the United States Trustee
701 East Broad Street, Ste. 4303
Richmond, VA 23219

**Ramona D. Elliott**
**P. Matthew Sutko**
**Beth A. Levene**
Department of Justice
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, DC 20530

**Paula S. Beran**
**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

**Richard. M. Pachulski**
**Andrew W. Caine**
**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, New York 10017

**Daniel L. Geyser**
Haynes and Boone, LLP
2323 Victory Avenue, Ste. 700
Dallas, Texas 75219