Richard M. Pachulski, Esq.
(CA Bar No. 90073)
Jeffery N. Pomerantz, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Case No. 08-35653-KRH |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.*, | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | ) Adv. Pro. No. 19-03091-KRH |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES TRUSTEE PROGRAM, *et al.*, | ) |
| Defendant. | ) |

**JUDGMENT**

Given the Court's ruling on remedy the parties agreed that the amount to be repaid would be $756,844.66, representing the amount of the portion of the quarterly U.S. Trustee fees paid that exceeded the amount the Plaintiff would have had to pay in a bankruptcy administrator district, as reflected in that certain *Stipulation* filed in the above-captioned consolidated adversary proceeding at docket number 82 (the

"<u>Stipulation</u>"),[1] the Court having reviewed the pleadings and having considered the arguments of counsel, and for the reasons set forth in the Collection Opinion and Order, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. Plaintiff shall have judgment against Defendants for the total sum of $756,844.66.

Dated: Feb 17 2023

/s/ Kevin R Huennekens

KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket:  Feb 17 2023

**WE ASK FOR THIS:**

  /s/ Lynn L. Tavenner
Lynn L. Tavenner (VA Bar No.30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

-and-

Richard. M. Pachulski (CA Bar No. 90073)
Jeffrey N. Pomerantz (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100

Robert J. Feinstein (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700

*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

DOCS_LA:347374.1 12304/003                  2

# LOCAL RULE 9022-1 CERTIFICATION

I hereby certify that the foregoing proposed Judgment has been either served on or endorsed by all necessary parties, pursuant to Local Rule 9022-1.

_/s/ Lynn L. Tavenner_
Counsel

Service Copy to:

**Kathryn R. Montgomery**
Office of the United States Trustee
701 East Broad Street, Ste. 4303
Richmond, VA 23219

**Ramona D. Elliott**
**P. Matthew Sutko**
**Beth A. Levene**
Department of Justice
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, DC 20530

**Paula S. Beran**
**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

**Richard. M. Pachulski**
**Andrew W. Caine**
**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, New York 10017