**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| In re: CIRCUIT CITY STORES, INC., et al., <br>                     Debtors. | Case No. 08-35653-KRH <br> Chapter 11 <br> (Jointly Administered) |
| **ALFRED H. SIEGEL**, Trustee of the <br> Circuit City Stores, Inc. Liquidating Trust, <br><br>                     Plaintiff, <br><br>                     v. <br><br> **UNITED STATES TRUSTEE PROGRAM, et al.**, <br><br>                   Defendants. | Adv. Pro. No. 19-03091-KRH |

**ORDER**

On December 15, 2022, this Court denied *Defendants' Motion to Dismiss and Memorandum in Support* [ECF No. 45] by an *Order* [ECF No. 65] (the "Order") and accompanying *Memorandum Opinion* [ECF No. 64]. The Order determined that Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust (the "Trustee") is entitled to a refund in the amount of the portion of the quarterly U.S. Trustee fees paid that exceeded the amount the Plaintiff would have had to pay in a bankruptcy administrator district, inclusive of the first three quarters of calendar year 2018 (the "Unconstitutional Overpayment"). The Order further set a continued pre-trial conference to set a trial, as the Court had not issued a judgment concerning the precise amount of the Unconstitutional Overpayment.

On December 26, 2022, the Defendants[1] filed a *Notice of Appeal and Statement of Election* [ECF No. 68] (the "Notice of Appeal"), seeking to appeal the Order[2] without the leave of Court required by Rule 8004(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Notice of Appeal commenced Civil Action Number 3:23-cv-00001-MHL in the United States District Court for the Eastern District of Virginia. On February 15, 2023, the District Court transmitted a *Certification to Court of Appeals by All Parties* [Case No. 3:3-cv-00001-MHL, ECF No. 6] to the United States Court of Appeals for the Fourth Circuit.

On February 11, 2023, the parties filed a *Stipulation* [ECF No. 82] (the "Stipulation") agreeing that the amount of the Unconstitutional Overpayment is $756,844.66. Based on the Stipulation, contemporaneously herewith, the Court entered judgment in favor of the Trustee in the stipulated amount of $756,844.66 (the "Judgment"). The Judgment therefore fully and finally resolves this Adversary Proceeding. In consideration whereof, it is therefore

**ORDERED** that the Pre-Trial Conference is **CANCELLED**.

Dated:  February 17, 2023           /s/ Kevin R. Huennekens
                                    UNITED STATES BANKRUPTCY JUDGE

                                    Entered on Docket:  February 17, 2023

**Copies to:**

**Kathryn R. Montgomery**
Office of the United States Trustee
701 East Broad Street, Ste. 4303
Richmond, VA 23219

---

[1] "Defendants" shall refer to collectively the United States Trustee Program, Ramona D. Elliott, Acting Director, and John P. Fitzgerald, III, Acting United States Trustee for Region 4.

[2] No party has sought a stay of this adversary proceeding pending resolution of the appellate process pursuant to Bankruptcy Rule 8007(a)(1).

**Ramona D. Elliott**
**P. Matthew Sutko**
**Beth A. Levene**
Department of Justice
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, DC 20530

**Paula S. Beran**
**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

**Richard. M. Pachulski**
**Andrew W. Caine**
**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, New York 10017

**Daniel L. Geyser**
Haynes and Boone, LLP
2323 Victory Avenue, Ste. 700
Dallas, Texas 75219